ECF

Judge Patterson
Mag. Judge Freeman

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X

DEUTSCHE BANK SECURITIES, INC.,

                Plaintiff,

-v-

JP MORGAN CHASE, INC., BRIAN ZEITLIN, and YALE J. BARON,

                Defendants.

------------------------------------------------------X

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for DEUTSCHE BANK SECURITIES, INC. (formerly known as Deutsche Banc Alex Brown Inc. ("Deutsche Bank"), a private non-governmental party, certifies that the following are corporate parents, which are publicly held, Deutsche Bank AG, Taunus Corporation, Deutsche Bank Americas Holding Corp., Deutsche Bank Trust Corporation, and DB U.S. Financial Markets Holding Corporation. Deutsche Bank further certifies that, other than the aforementioned corporate parents, there is no publicly held corporation that owns 10% or more of Deutsche Bank Security Inc.'s Stock.

Dated: New York, New York
       October 6, 2004.

**DORSEY & WHITNEY LLP**

By: _____
    Nathaniel H. Akerman (NA-0241)

250 Park Avenue
New York, NY 10177-1500
(212) 415-9200

Attorneys for DEUTSCHE BANK SECURITIES, INC.