UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATTERSON, J

---

DEUTSCHE BANK SECURITIES, INC.,

    Plaintiff,

-against-

J.P. MORGAN CHASE, INC., BRIAN ZEITLIN and YALE J. BARON,

    Defendants.

Civil Action No. 04 CV 07913(RPP)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED by and among the parties that the above-captioned action be dismissed in its entirety, with prejudice, with no award of counsel fees or costs by the Court to either side.

Dated: New York, New York
      December 3, 2004

JPMORGAN CHASE LEGAL DEPARTMENT

By: _____
TODD GUTFLEISCH (TG 5905)
Attorneys for Defendants J.P.
Morgan Chase, Inc., Brian Zeitlin,
and Yale Baron
One Chase Plaza, 26th Floor
New York, New York 10081
(212) 552-0913

DEUTSCHE BANK LEGAL DEPARTMENT

By: _____
MICHELLE TOLL (MT 3004)
Attorneys for Plaintiff
60 Wall Street, 37th Floor
New York, New York 10005
(212) 250-8181

December 6 2004
SO ORDERED
Robert B. Patterson, Jr.
U.S.D.J.

131985:v1